[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

STEVE TERRELL GILES )
Plaintiff )
                     )
                     )
     v.             )
SSA(Social Security Administration) )
                     )
    Defendant       )

**United States District Court**
**Northern District of Illinois**

23-CV-4777
Judge Valderrama
Magistrate Judge Finnegan
CAT2
RANDOM

**COMPLAINT**

(See Attached form & Complaint)

RECEIVED

JUL 24 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Complaint

### GILES V. SSA (SOCIAL SECURITY ADMINISTRATION

1. SSA REDUCTION OF INSURANCE BENEFITS
2. SSI WRONNGFUL TERMINATION
3. PAIN AND SUFFERING DO TO LINE 1 AND 2

1. DO TO REDUCTION OF MY INSURANCE I WAS NOT ABLE TO RECEIVE PROPER HOUSING TRANSPORTATION MEDICAL AND SECURITY FOR MY OWN PERSONAL WELL BEING. I WAS NEGLECTED BY NOT RECEIVING CORRECT AMOUNT WHEN COMPARED TO THE STATES COST OF LIVING AND SURVIVAL.

2. DO TO SSI WRONGFUL TERMINATION I WAS UNABLE TO GETHER MY SURVIVAL MATERIAL BECAUSE I WAS IN PRISON AND THE SSI PAYMENTS WERE CUT OFF.WHEN RELEASED FROM THE INSTITUTION MY PAYMENTS TOOK 3 TO 4 YEARS TO CUT BACK ON.

3. PAIN AND SUFFERING DO TO PAYMENTS AND BENEFITS NOT ACCESSIBLE I WAS UNABLE TO RECEIVE PROPER SHELTER CLOTHING OR FOOD ASSISTANCE DO TO BEING IN PENDIN STATUS SO LONG.I WAS NOT ABLE TO RECEIVE PROPER TREATMENT FOR MY DISABILITY. THIS LEAD TO PERSONAL INJURIES DO TO INCIDENTS.ALL LEADING FROM LINE 1 AND LINE2.

4. RELIEF IM ASKING A SUM OF $65 MILLIONS DOLLARS ($65,000,000.00)

THIS RELIEF IS FOR PROPER THERAPY, SAFE HOUSING, MEDICAL ASSISTANCE, AND TRANSPORTATION IF NEEDED, AND HEALING COSTS.

X

STEVE FERRELL GILES

July 24, 2023